UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY NELSON, Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>vs.<br><br>TARRAGON CORPORATION, WILLIAM S. FRIEDMAN, ROBERT P. ROTHENBERG, and ERIN DAVIS PICKENS,<br><br>           Defendants. | **DOCKET NO. 1:07-cv-08438-UA**<br><br>CLASS ACTION COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Henry Nelson, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: September 27, 2007

          **BRODSKY & SMITH, LLC**
          By:*s/Evan J. Smith, Esquire (ES3254)*
          Evan J. Smith, Esquire (ES 3254)
          240 Mineola Boulevard
          Mineola, NY 11501
          (516) 741-4977
          (516) 741-0626 (facsimile)

          **SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
          Richard A. Maniskas, Esquire
          280 King of Prussia Road
          Radnor, PA 19087
          (610) 667-7706
          (610) 667-7056

          *Attorneys for Plaintiffs*