# EXHIBIT E

Table of Contents

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# FORM 10-Q

## QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended March 31, 2007

Commission File Number 0-22999

# Tarragon Corporation

(Exact name of registrant as specified in its charter)

| Nevada | 94-2432628 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 423 West 55th Street, 12th Floor, New York, NY | 10019 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (212) 949-5000

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes

No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer

Accelerated filer

Non-accelerated filer

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).

**Table of Contents**

## TARRAGON CORPORATION
## CONSOLIDATED STATEMENTS OF INCOME
(Unaudited)
(Dollars in Thousands, Except Per Share Data)

|  | For the Three Months Ended March 31, | |
|---|---:|---:|
|  | 2007 | 2006 |
| **Revenue** | | |
| Homebuilding sales | $123,825 | $ 89,190 |
| Rental and other (including $39 in 2007 and $7 in 2006 from affiliates) | 26,570 | 25,016 |
|  | 150,395 | 114,206 |
| **Expenses** | | |
| Costs of homebuilding sales (including interest of $6.2 million in 2007 and $3 million in 2006; impairment charges of $4.4 million in 2007 and none in 2006; and development salaries, marketing, and selling costs of $5.7 million in 2007 and $3.3 million in 2006) | 116,282 | 66,095 |
| Property operations | 13,209 | 12,315 |
| Depreciation | 5,456 | 3,510 |
| General and administrative | | |
|    Corporate | 5,533 | 5,296 |
|    Property | 1,574 | 1,297 |
|  | 142,054 | 88,513 |
| **Other income and expenses** | | |
| Equity in income of partnerships and joint ventures | 291 | 2,061 |
| Minority interests in income of consolidated partnerships and joint ventures | (668) | (283) |
| Interest income (including $90 in 2007 from affiliates) | 180 | 193 |
| Interest expense (including $293 in 2007 and $27 in 2006 to affiliates) | (16,772) | (7,689) |
| Gain on sale of real estate | 398 | — |
| Loss on extinguishment of debt | (1,422) | (1,808) |
| Income (loss) from continuing operations before income taxes | (9,652) | 18,167 |
| Income tax (expense) benefit | 5,232 | (6,813) |
| Income (loss) from continuing operations | (4,420) | 11,354 |
| Discontinued operations, net of income taxes of ($109,000) in 2007 and $4.3 million in 2006 | | |
|    Income (loss) from operations | 175 | (218) |
|    Gain on sale of real estate | — | 7,338 |
| Net income (loss) | (4,245) | 18,474 |
| Dividends on cumulative preferred stock | (376) | (207) |
| Net income (loss) allocable to common stockholders | $ (4,621) | $ 18,267 |
| | | |
| **Earnings per common share — basic** | | |
| Income (loss) from continuing operations allocable to common stockholders | $ (.17) | $ .39 |
| Discontinued operations | .01 | .25 |
| Net income (loss) allocable to common stockholders | $ (.16) | $ .64 |

| | | | | |
|---|---|---|---|---|
| Earnings per common share – assuming dilution | | | | |
| Income (loss) from continuing operations allocable to common stockholders | $ | (.17) | $ | .36 |
| Discontinued operations | | .01 | | .22 |
| Net income (loss) allocable to common stockholders | $ | (.16) | $ | .58 |

The accompanying notes are an integral part of these Consolidated Financial Statements.