# EXHIBIT K

# YAHOO! FINANCE

Finance Home - Help



© 2008 Yahoo! Inc.

Print

http://finance.yahoo.com/printchartv3.html#symbol=tarr;range=5y;..

**YAHOO!** FINANCE                          Finance Home – Help



Print